**Order entered June 19, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01156-CV
### No. 05-18-01350-CV

## IN THE INTEREST OF N.E.C., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-97-20578**

## ORDER

These companion cases involve a modification order (appellate cause number 05-18-01156-CV) and an enforcement order (appellate cause number 05-18-01350-CV) from the same underlying trial court proceeding. The reporter's record in the appeal of the modification order includes all three hearings on which the trial court based its orders. The reporter's record in the appeal of the enforcement order is missing the reporter's record from one of those hearings.

Before the Court is appellant's June 3, 2019 motion to correct the record and supplement his brief in appellate cause number 05-18-01350-CV. We **GRANT** the motion as follows. We **DIRECT** the Clerk of this Court to transfer a copy of the reporter's record of the hearing held on April 5, 2018 that was filed in this Court on November 6, 2018, into appellate cause number 05-18-01350-CV. Appellant shall file any amended brief in appellate cause number 05-18-01350-CV **within ten days** of the date of this order.

/s/     KEN MOLBERG
           JUSTICE